UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: CASE NO. 08-40580

MATTHIAS ANDREW SCHACH   CHAPTER 13
KELLY KATHLEEN SCHACH

    DEBTORS   JUDGE KAY WOODS

**AFFIDAVIT OF DEFAULT**

STATE OF ARIZONA)   ss:
COUNTY MARICOPA)

Olivia Todd, being first duly sworn, President of National Default Servicing Corporation, says that she is an authorized outsourcing agent for U.S. Bank, N.A., and, as such, is in charge of the record of payments on the account of Matthias Andrew Schach and Kelly Kathleen Schach.

Affiant further says that pursuant to the Agreed Order entered December 3, 2009, Debtor failed to make regular payments due August 2010 through October 2010, and that there is now due and owing on said note the principal sum of $93,722.05 with interest at the rate of 6.25% per annum from December 1, 2009.

Affiant further sayeth naught.

_____
Olivia Todd
President

Sworn to and subscribed in my presence by the said Olivia Todd this 8th day of October, 2010.

_____
NOTARY PUBLIC

Pamela Cardy
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
JUNE 8, 2011

08-40580-kw    Doc 62    FILED 10/13/10    ENTERED 10/13/10 11:24:01    Page 1 of 2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Affidavit of Default was forwarded by either ECF Noticing or Regular U. S. Mail this 13th day of October, 2010, to:

Matthias Andrew Schach, debtor
133 South Vine Street
Columbiana, OH 44408
(served via US Mail)

Kelly Kathleen Schach, debtor
133 South Vine Street
Columbiana, OH 44408
(served via US Mail)

C. Andrew Bodor
Attorney for Debtor
8256 East Market Street
#115
Warren, OH 44484
(served via ECF Noticing)

Michael A. Gallo, Trustee
20 Federal Plaza W
#602
Youngstown, OH 44503
(served via ECF Noticing)

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(served via ECF Noticing)

LAURITO & LAURITO, L.L.C.

/s/ Erin M. Laurito

Erin M. Laurito